```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES,                          :
                                        :
                                        :
     - against -                        :
                                        :
BRANDON HERNANDEZ,                      :      17 CR 69
                                        :
                                        :
                           Defendant.   :
---------------------------------------X
UNITED STATES,                          :
                                        :
                                        :
                                        :
     - against -                        :
                                        :
BRANDON HERNANDEZ,                      :      19 CR 798
                                        :
                                        :
                           Defendant.   :      ORDER
---------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 27, 2021

**VICTOR MARRERO, United States District Judge.**

The Court previously issued an order consolidating the above-captioned cases. (See United States v. Hernandez, No. 17 CR 69, Dkt. No. 23; United States v. Hernandez, No. 19 CR 798, Dkt. No. 28.) Both cases are now assigned to this Court. Accordingly, the Court respectfully directs the Clerk of Court to strike document number 23 from Docket No. 17 CR 69 and document number 28 from Docket No. 19 CR 798.

**SO ORDERED.**

Dated:    April 27, 2021
          New York, New York

                                        _____
                                        Victor Marrero
                                        U.S.D.J.

1