```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES,                          :
                                        :
                                        :
                                        :
                                        :
    - against -                         :
                                        :
BRANDON HERNANDEZ,                      :        17 CR 69
                                        :
                                        :
                    Defendant.          :
----------------------------------------X
UNITED STATES,                          :
                                        :
                                        :
                                        :
                                        :
                                        :
    - against -                         :
                                        :
BRANDON HERNANDEZ,                      :        19 CR 798
                                        :
                                        :
                    Defendant.          :        ORDER
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The conference currently scheduled for Friday, July 9, 2021 at 10:30 a.m. is hereby rescheduled to Friday, July 9, 2021 at 10:00 a.m.

In light of the ongoing public health emergency, the conference shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-

1

19, available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:   New York, New York
         6 July 2021

_____
Victor Marrero
U.S.D.J.